UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RUZ,

                Plaintiff,

     v.

HUEL, INC.

                Defendant.

Case No. 1:26-cv-00960-JLT-EPG

ORDER RE: VOLUNTARY DISMISSAL PURUSANT TO RULE 41(a)(1)(A)(i)

(ECF No. 11).

On May 11, 2026, Plaintiff filed a notice of dismissal, stating the following:

Plaintiff Michael Ruz, individually and on behalf of all those similarly situated, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal without Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

(ECF No. 11).

In light of the Plaintiff's notice, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice.

IT IS SO ORDERED.

Dated:   __**May 12, 2026**__        /s/ _Eric P. Groj_
                                    UNITED STATES MAGISTRATE JUDGE

1